# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1555

_____

MARK NOLAN,

    Appellant,

v.

ORANGE COUNTY PUBLIC
SCHOOLS/USIS,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident: November 21, 2019.

May 19, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey J. Bordulis of Jeffrey J. Bordulis, P.A., Longwood, and Thomas W. Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellant.

Scot Nimmo of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellees.